UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                            2:03-cr-93-FtM-29DNF

KENNETH MARVIN PELHAM
_____

**ORDER**

    On June 17, 2005, the Court entered an Order (Doc. #40) denying the government's May 16, 2005 Motion for Reduction in Sentence without prejudice to re-file upon the completion of defendant's substantial assistance.  On February 24, 2006, the government filed a Motion for Reconsideration for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. #42).  No response has been filed and the time to do so has expired.

    The Court finds that defendant's assistance now qualifies as substantial assistance under Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3553(e), and therefore defendant qualifies for a reduction in sentence.  The Court will grant a three level reduction.  This results in a Total Offense Level of 31, a Criminal History Category of VI, and a range of imprisonment of 188 to 235 months.  The Court finds that a sentence of 210 months imprisonment is sufficient, but not greater than necessary, to comply with the purposes of sentencing as set forth in 18 U.S.C. § 3553(a) after considering defendant's substantial assistance, the advisory recommendation of the Sentencing Guidelines, and all the factors identified at 18

U.S.C. § 3553(a)(1)-(7). All other components of the original sentence shall remain as originally imposed.

Accordingly, it is now

**ORDERED:**

1. The government's Motion for Reconsideration for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. #42) is **GRANTED**.

2. The Clerk of the Court shall enter an Amended Judgment reducing the sentence imposed to 210 months imprisonment, and otherwise leaving all other components of the sentence as originally imposed.

**DONE AND ORDERED** at Fort Myers, Florida, this __28th__ day of March, 2006.

_____
JOHN E. STEELE
United States District Judge

Copies:
AUSA
Counsel of Record
Kenneth Marvin Pelham
DCCD